Priority  ✓
Send
Enter  ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANK SHAMBURGER,  ) CASE NO. CV 07-7151-JVS (PJW)
  )
        Petitioner,  )
  ) ORDER ACCEPTING REPORT AND
    v.  ) ADOPTING FINDINGS, CONCLUSIONS,
  ) AND RECOMMENDATIONS OF UNITED
LINDA SANDERS, WARDEN, et al.,  ) STATES MAGISTRATE JUDGE
  )
        Respondents.  )
_____)

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   6.16.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\SHAMBURGER, F 7151\Order accep r&r.wpd