Priority ✓
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SHAMBURGER,<br><br>    Petitioner,<br><br>    v.<br><br>LINDA SANDERS, WARDEN, et al.,<br><br>    Respondent. | Case No. CV 07-7151-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____6.16.08_____.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\SHAMBURGER, F 7151\Judgment.wpd